**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**TERRY KUEHNER,**                    :

    Petitioner                   :

                                               CIVIL ACTION NO. 3:15-0800

**v.**                                :

                                               (Judge Mannion)

**COM. OF PENNSYLVANIA,** *et al.*,   :

    Respondents                  :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as untimely. *See* 28 U.S.C. §2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. *See* 28 U.S.C. §2253(c).

                                               s/ *Malachy E. Mannion*
                                               **MALACHY E. MANNION**
                                               **United States District Judge**

**Date: April 20, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0800-01-ORDER.wpd